FILED
2018 SEP 13 AM 11:01
CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
LOS ANGELES
BY: ___

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA

PLAINTIFF(S)

v.

AUNDRE LAMAR JONES   DEFENDANT(S).

CASE NUMBER

4:18CR00466-31 BSM

18MJ02447

**AFFIDAVIT RE OUT-OF-DISTRICT WARRANT**

The above-named defendant was charged by: __INDICTMENT__
in the __EASTERN DISTRICT__ District of __ARKANSAS__ on __9/6/18__
at _____ ☐ a.m. / ☐ p.m. The offense was allegedly committed on or about _____
in violation of Title __21__ U.S.C., Section(s) __846__
to wit: __CONSPIRACY / POSSESSION W/ INTENT TO DISTRIBUTE MARIJUANA__

A warrant for defendant's arrest was issued by: _____

Bond of $_____ was ☐ set / ☐ recommended.

Type of Bond:

Relevant document(s) on hand (attach):

---

I swear that the foregoing is true and correct to the best of my knowledge.

Sworn to before me, and subscribed in my presence on __9/13/18__, by _____, Deputy Clerk.

_____          ANDREW AVILA
Signature of Agent                  Print Name of Agent

DEA                                 TASK FORCE OFFICER
Agency                              Title